```
                    FILED
            CLERK, U.S. DISTRICT COURT
                  11/16/2022
           CENTRAL DISTRICT OF CALIFORNIA
           BY:       JB         DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>EDWARD SANCHEZ FLORES, III,<br>  aka "Kenney Vergel,"<br><br>      Defendant. | CR   2:22-cr-00541-SPG<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(iii): Distribution of<br>Cocaine Base in the Form of Crack<br>Cocaine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

On or about July 2, 2020, in Los Angeles County, within the Central District of California, defendant EDWARD SANCHEZ FLORES, III, also known as "Kenney Vergel," knowingly and intentionally distributed at least 28 grams, that is, approximately 197 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

Prior to committing this offense, defendant FLORES had been finally convicted of a serious violent felony as that term is defined

and used in Title 21, United States Code, Sections 802(58), 841, and 851, namely, on or about July 14, 2005, in the United States District Court for the Central District of California, case number 04-CR-845-DSF, defendant FLORES was convicted of Armed Bank Robbery, in violation of Title 18, United States Code, Section 2113, for which defendant FLORES served a term of imprisonment of more than 12 months.

                                                A TRUE BILL

                                                /S/
                                                Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

JEREMIAH LEVINE
Assistant United States Attorney
Violent and Organized Crime
Section